**No. 10-1552. Donna M. Avila, et al., Petitioners v. Willits Environmental Remediation Trust, et al.**

565 U.S. 827, 132 S. Ct. 120, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5526.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 828.

**No. 10-1554. Wade Vincent Shang, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 827, 132 S. Ct. 121, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5279.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 419 Fed. Appx. 734.

**No. 10-1556. Ana I. Alvarado-Santos, Petitioner v. Puerto Rico Department of Health.**

565 U.S. 827, 132 S. Ct. 121, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5369.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 619 F.3d 126.

**No. 10-8146. Julius Omar Robinson, Petitioner v. United States.**

565 U.S. 827, 132 S. Ct. 121, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5366.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8196. Mark S. Tomey, et ux., Petitioners v. Jerry Lambdin.**

565 U.S. 828, 132 S. Ct. 121, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5227.

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 193 Md. App. 761 and 193 Md. App. 764.

**No. 10-8794. Louis G. Antonellis, Petitioner v. Cumberland County Schools Board of Education, et al.**

565 U.S. 828, 132 S. Ct. 121, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5334.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 206 N.C. App. 329, 698 S.E.2d 556.

**No. 10-8854. Keith Eugene Nelson, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 121, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5763.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 781.

**No. 10-9019. Robert Edward Menke, Petitioner v. United States.**

565 U.S. 828, 132 S. Ct. 122, 181 L. Ed. 2d 44, 2011 U.S. LEXIS 5281.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.